### UNITED STATES of America, Plaintiff–Appellee,

v.

Jose VASQUEZ–GARCIA, aka Jorge Mendez Mauricio, aka Jose Manuel Vasquez–Garcia, Defendant–Appellant.

No. 08–10157.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

Claire Lefkowitz, Esquire, Christina Marie Cabanillas, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea Lynn Matheson, Matheson Law Firm, P.C., Tucson, AZ, for Defendant–Appellant.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Jose Vasquez–Garcia appeals from his guilty-plea conviction and 63–month sen-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

tence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vasquez–Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.